NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELIZABETH J. JOHNSON,                    )
                                         )
            Petitioner,                  )
                                         )
v.                                       )       Case No. 2D20-781
                                         )
MARC D. JOHNSON,                         )
                                         )
            Respondent.                  )
_____  )


Opinion filed September 23, 2020.

Petition for Writ of Certiorari to the
Circuit Court for Hillsborough County;
Steven Scott Stephens, Judge.

David A. Maney of Maney, Damsker &
Jones, P.A., Tampa, for Petitioner.

Scott W. Anderson of Johnson Daboll
Anderson PLLC, Tampa, for Respondent.


PER CURIAM.


            Denied.


NORTHCUTT, MORRIS, and LUCAS, JJ., Concur.